IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MELISSA B. LOEFFELHOLZ,

      Appellant/Cross-Appellee,

v.

ST. VINCENT HEALTHCARE
FOUNDATION and SEDGWICK

      Appellees/Cross-Appellants.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2139

CORRECTED PAGES: pg 1
CORRECTION IS UNDERLINED IN RED
MAILED: August 10, 2017
BY: KMS

Opinion filed August 4, 2017.

An appeal from an order of Judge of Compensation Claims.
Ralph J. Humphries, Judge.

Date of Accident:  September 14, 2012.

Jonathan Israel, Jacksonville, for Appellant/Cross-Appellee.

Richard M. Stoudemire and William T. Stone of Saalfield Shad, P.A., Jacksonville, for Appellees/Cross-Appellants.

PER CURIAM.

      AFFIRMED

BILBREY, WINSOR, and M.K. THOMAS, JJ., CONCUR.